Judgment affirmed; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

MORRIS REHMER, Respondent, *v.* PETER P. CAPPEL, Doing Business as NEW YORK JEWELERS EXCHANGE, Appellant.

*Bailment — action to recover for loss of jewelry placed in compartment of safe maintained by defendant.*

*Rehmer* v. *Cappel*, 219 App. Div. 814, affirmed.

(Submitted October 26, 1927; decided November 22, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 19, 1927, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for loss of property of plaintiff alleged to have been left in defendant's possession. Defendant rented out space in his building to individual jewelers and maintained a large safe with individual boxes having separate combination locks, which boxes were rented to his tenants. Plaintiff, a tenant, deposited jewelry in one of these boxes and claimed that when he opened it his property had disappeared, having been stolen as a result of defendant's negligence.

*W. N. Seligsberg, Clarence M. Lewis* and *Donald Marks* for appellant.

*Maxwell Slade* and *David H. Slade* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.